IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| WILLIAM J. ASHLEY, | ) |
| Plaintiff, | ) |
| vs. | ) Civil No. <u>05-1312 - T/An</u> |
| JOHN E. POTTER, Postmaster General, United States Postal Service, | ) |
| Defendant. | ) |

ORDER GRANTING DEFENDANT'S MOTION
FOR ADDITIONAL TIME TO ANSWER
OR OTHERWISE RESPOND TO COMPLAINT

Upon motion of the United States, it appears that Defendant will need additional time to answer or otherwise respond to the Complaint. For good cause shown, it is therefore

ORDERED that Defendant has until January 11, 2006, to answer or otherwise respond the complaint.

S. Thomas Anderson USMJ
~~Chief Judge James D. Todd~~
United States District Court
12-29-05

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 12/29/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 1:05-CV-01312 was distributed by fax, mail, or direct printing on December 29, 2005 to the parties listed.

---

Harriett Miller Halmon
167 North Main, Suite 800
Memphis, TN 38103

Jon A. York
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Lawrence J. Laurenzi
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT